UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES—GENERAL

Case No.   2:10-cv-07405-JHN-PJW                               Date:  January 6, 2012
Title:     Advocare International LP v. Jessica Hardy

Present: The Honorable JACQUELINE H. NGUYEN

| Alicia Mamer | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:
           Not Present                                 Not Present

**Proceedings:** ORDER RE MOTIONS IN LIMINE AND PROPOSED PRETRIAL CONFERENCE ORDER (In Chambers)

The Parties in this matter have submitted a total of nineteen (19) motions in limine. Each motion in limine ("MIL") was filed months before the Court's summary judgment orders (docket nos. 170, 171), and it is apparent to the Court that the Parties have not sufficiently met and conferred since. Many of these motions involve issues already resolved by this Court's summary judgment orders. (Docket nos. 170, 171.) For example, Defendant's first motion in limine seeks to exclude evidence of the analytical testing by Drs. Catlin and Maylin – an issue squarely addressed by this Court's Order Granting in Part and Denying in Part Defendants' Motion for Summary Judgment. (Docket nos. 92, 171.) In addition, many of these motions in limine appear to involve issues that the Parties should be able to work out – without the Court's assistance – through a good faith and meaningful meet and confer.

Further, the Court notes that the Parties attended a settlement conference in August 2011, at which time the Attorney Settlement Officer, Jeff Kichaven, reported that the Parties had "made progress toward settlement . . . ." (Docket no. 82.) It is unclear whether the parties have discussed or scheduled a follow-up settlement session since that time. In light of the Court's recent summary judgment orders, the Court strongly encourages the parties to explore further whether the case can be settled.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES—GENERAL**

Case No.   2:10-cv-07405-JHN-PJW                                 Date:  January 6, 2012

Title:   Advocare International LP v. Jessica Hardy

Lastly, the parties have not sufficiently met and conferred on the proposed Joint Pretrial Conference Order, submitted by the Parties on September 23, 2011 (docket no. 145) as to the Exhibits to be presented at trial.  Both Plaintiff and Defendant assert vague, blanket objections to many Exhibits proposed by the opposing party, and it is entirely unclear to the Court whether there is any basis for such objections. (*Id.* at 28-40.)

Therefore, the Parties are ORDERED to meet and confer, *in person*, regarding the motions in limine, the prospect of settlement, and the Proposed Final Pretrial Conference Order.

The parties are ORDERED to submit to the Court a joint status report following the meet and confer, specifying which motions in limine are moot and no longer require a ruling, and the status of settlement efforts.  The parties are further ordered to submit a revised proposed Joint Pretrial Conference Order, specifying further details regarding the grounds for each objection to each exhibit – and to withdraw any objections that are no longer relevant in light of this Court's recent orders.

In light of the fact that this matter does not appear ready to proceed on the current Final Pretrial Conference date, the Court sets the following schedule:

The Parties must meet and confer in person **by Tuesday, January 24, 2012**.  The Parties must submit a status report to this Court **by Tuesday, January 31, 2012**.  A revised Joint Pretrial Conference Order is due **by Tuesday, January 31, 2012**.

**The Final Pretrial Conference is hereby RESET to Monday, February 13, 2012 at 10:30 a.m; and the Trial is hereby RESET to Tuesday, March 6, 2012 at 8:30 a.m.**

IT IS SO ORDERED.

        ___ : N/A
Initials of Preparer    AM