1  PATRICIA L. GLASER - State Bar No. 55668
   pglaser@glaserweil.com
2  ADAM LEBERTHON - State Bar No. 145226
   aleberthon@glaserweil.com
3  NOAH PERCH-AHERN - State Bar No. 262164
   nperchahern@glaserweil.com
4  ALEXANDER M. KARGHER - State Bar No. 259262
   akargher@glaserweil.com
5  GLASER WEIL FINK JACOBS
     HOWARD AVCHEN & SHAPIRO LLP
6  10250 Constellation Boulevard, 19th Floor
   Los Angeles, California 90067
7  Telephone:  (310) 553-3000
   Facsimile:   (310) 556-2920
8
   Attorneys for AdvoCare International, L.P.
9

10 *Additional counsel listed on next page*

11           UNITED STATES DISTRICT COURT

12           CENTRAL DISTRICT OF CALIFORNIA

13

14 | ADVOCARE INTERNATIONAL, L.P., | CASE NO. CV 10-07405-JHN (PJWx) |
   | a Delaware limited partnership, | |

15 |                           | **JOINT STATUS REPORT** |
   |        Plaintiff,         | |

16 |                           | Trial Date:  March 6, 2012 |
   | v.                        | Place:         Courtroom 790 |

17 |                           | The Hon. Jacqueline H. Nguyen |
   | JESSICA HARDY, an individual, | |

18 |        Defendant.         | |

19

20

21

22 AND RELATED ACTION.

23

24

25

26

27

28

Anthony G. Brazil, SBN 84297
Email: abrazil@mpplaw.com
Marilyn Muir Jager, SBN 143988
Email: mjager@mpplaw.com
Diana Kotler, SBN 217235
Email: dkotler@mpplaw.com
MORRIS POLICH & PURDY LLP
1055 W. Seventh Street, 24th Floor
Los Angeles, CA 90017
Telephone:   (213) 891-9100
Facsimile:   (213) 488-1178

Attorneys for Defendant
CUSTOM NUTRITION
LABORATORIES, LLC (ERRONEOUSLY
SUED AS CUSTOM NUTRITION LABS,
INC.)

Howard L. Jacobs, State Bar No. 149709
   howard.jacobs@athleteslawyer.com
Law Offices of Howard L. Jacobs
2815 Townsgate Road, Suite 200
Westlake Village, California 91361
Telephone:  (805) 418-9892
Facsimile:  (805) 418-9899

Joseph J. Ortego (Pro Hac Vice)
   jortego@nixonpeabody.com
NIXON PEABODY LLP
437 Madison Avenue
New York, NY  10022
Telephone:  (212) 940-3000
Facsimile:  (212) 940-3111

Eric C. Strain (State Bar No. 203834)
   estrain@nixonpeabody.com
NIXON PEABODY LLP
One Embarcadero Center, 18th Floor
San Francisco, California 94111
Telephone: (415) 984-8200
Facsimile: (415) 984-8300

Attorneys for the Plaintiff Jessica Hardy

Pursuant to this Court's January 6, 2012 Order Re Motions in Limine and
Proposed Pretrial Conference Order, Plaintiff Jessica Hardy and Defendants Advocare
International, L.P. ("AdvoCare"), and Custom Nutrition Laboratories, LLC ("CNL"),
by and through their undersigned counsel, respectfully submit this Joint Status
Report.

## I.      Motions *in Limine*

The Parties met and conferred in person to discuss the pending motions *in
limine* and other pretrial matters, including the proposed Joint Pretrial Conference
Order and Joint Trial Exhibit List.  With respect to the pending motions *in limine*,
both sides have agreed to withdraw two of their motions as follows:

- •      Defendants have agreed to withdraw their **Motion *in Limine* Nos. 1 and 4**;
- • Plaintiff has agreed to withdraw her **Motion *in Limine* Nos. 3 and 4**.

Additionally, Plaintiff has agreed to the relief sought by Defendants in their
**Motion *in Limine* No.  2**.  Accordingly, Plaintiff agrees that she will not introduce
evidence, argument or make other reference to Post-Traumatic Stress Disorder
("PTSD") nor offer evidence that Plaintiff has been diagnosed with or suffers from
PTSD.  Plaintiff reserves her right, consistent with this agreement, to present evidence
of her emotional and psychological damages.  Defendants' **Motion *in Limine* No. 2** is
thus moot and no longer requires a ruling by the Court.

## II.     Status of Settlement

In August 2011, the Parties attended a mediation proceeding with Attorney
Settlement Officer Jeff Kichaven, but the Parties were unable to reach a settlement.
Recently, Mr. Kichaven made a "mediator's proposal" for settlement, but the proposal
was not accepted.

Plaintiff's Position Regarding Mediation

Plaintiff has been willing to continue with mediation proceedings that would
have a realistic chance of settling the case.  Plaintiff, however, did not believe that the
very low offers Defendants made at the initial mediation evinced a realistic effort to
reach a settlement.  Plaintiff has kept Mr. Kichaven apprised of the base-line terms

1  that would have a chance of resulting in a settlement, and thus would bring her back

2  into discussions.  Plaintiff understands that Defendants have not agreed to those

3  terms, so no further mediations have taken place.

4         <u>Defendants' Position Regarding Mediation</u>

5         After the initial mediation session, Defendants proposed that the Parties attend

6  further mediation proceedings with Mr. Kichaven in an effort to settle the case.

7  However, Plaintiff refused to attend any further mediation unless Defendants agreed

8  to make a certain minimum settlement offer.  In fact, after the hearing on Defendants'

9  motions for summary judgment, Plaintiff increased the minimum settlement offer that

10  she demanded as a prerequisite to mediation by 50%.  Defendants would like to

11  resolve this case and have always been willing to resume mediation, without

12  conditions.

13
14  Dated:  January 31, 2012        GLASER WEIL FINK JACOBS
                       HOWARD AVCHEN & SHAPIRO, LLP

15

16                            By: <u>/s/ Adam LeBerthon</u>
17                              Attorneys for Defendant AdvoCare
                            International, L.P.

18
19  Dated:  January 31, 2012        MORRIS POLICH & PURDY LLP

20

21                            By: <u>/s/ Marilyn Jager</u>
22                              Marilyn Jager
                            Attorneys for Defendant Custom Nutrition
23                              Laboratories, LLC

24
25  Dated: January 31, 2012        NIXON PEABODY LLP

26

27                            By: <u>/s Eric Strain</u>
                            Eric C. Strain
28                              Attorneys for Plaintiff Jessica Hardy