PATRICIA L. GLASER - State Bar No. 55668
pglaser@glaserweil.com
ADAM LEBERTHON - State Bar No. 145226
aleberthon@glaserweil.com
ALEXANDER M. KARGHER - State Bar No. 259262
akargher@glaserweil.com
GLASER WEIL FINK JACOBS
  HOWARD AVCHEN & SHAPIRO LLP
10250 Constellation Boulevard, 19th Floor
Los Angeles, California 90067
Telephone: (310) 553-3000
Facsimile: (310) 556-2920

Attorneys for Plaintiff
ADVOCARE INTERNATIONAL, L.P.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADVOCARE INTERNATIONAL, L.P., a Delaware limited partnership,<br><br>　　　　Plaintiff,<br><br>v.<br><br>JESSICA HARDY, an individual,<br><br>　　　　Defendant. | CASE NO.: CV 10-07405-MWF (PJWx)<br><br>**ORDER RE STIPULATION OF DISMISSAL WITH PREJUDICE** |

# ORDER

There being good cause, as set forth in the Stipulation lodged by the parties on June 1, 2012, it is hereby ordered that the entirety of the above-captioned action, including, without limitation, all claims asserted in the First Amended Complaint, be and hereby is dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1), with each party bearing its own costs and fees.

Dated: June _19, 2012        By: _____
                                  Honorable Michael W. Fitzgerald
                                  United States District Court Judge

Glaser Weil Fink Jacobs Howard Avchen & Shapiro LLP